1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

9

| | |
|---|---|
| CHEIMI STEINEBACH, | Civil No. 2:21-CV-01056-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the administrative law judge (ALJ) to further consider the claimant's irritable bowel disease; further evaluate the claimant's symptoms and the opinion evidence; offer the claimant the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

Page 1     ORDER - [2:21-CV-01056-MAT]

DATED this 7th day of December, 2021.

MARY ALICE THEILER
United States Magistrate Judge

Presented by:

s/ Danielle R. Mroczek
DANIELLE R. MROCZEK
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2946
Fax:  (206) 615-2531
danielle.mroczek@ssa.gov

Page 2        ORDER - [2:21-CV-01056-MAT]